UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN DAVID MCMURRER, No. 12653-028,

    Petitioner,

v.

WARDEN S. SPAULDING,

    Respondent.

Case No. 21-cv-1058-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Brian David McMurrer's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is denied without prejudice, that judgment is entered in favor of respondent Warden Spaulding and against petitioner Brian David McMurrer, and that this case is dismissed.

**DATED:** April 11, 2022

MONICA A. STUMP, Clerk of Court

s/Tina Gray, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**